# A COMPLAINT IN EQUITY FOR BREACH OF FEDUCIARY DUTY AND SUBROGATION AND SUBSTITUTION

**25cv358-KK**

To; THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

: In the Matter of

Keaton Overton Gunnels Private American National, Plaintiff, v.
MARTHA VASQUEZ, Defendant.
SEAN SULLIVAN, Defendant
MITCHELL R ELFERS, Defendant
US DDISTRICT COURT FOR THE DISTRICT OF NEW MEXICO, Defendant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 11 2025

**MITCHELL R. ELFERS
CLERK**

The Complaint of Keaton Overton Gunnels, respectfully shows:

## I. Parties and Jurisdiction

1. The Complainant, Keaton Overton Gunnels, a Private American National grantor/heir owner and sole beneficiary for the KEATON OVERTON GUNNELS ESTATE, domiciled at
3314 June Ct NE Albuquerque, NM [87111] in the County of Bernalillo, New Mexico state.

2. The defendant, MARTHA VASQUEZ, is an individual residing at 106 S Federal Pl Santa Fe in the County of Santa Fe, State of New Mexico.

3. The defendant, SEAN SULLIVAN, is an individual residing at 333 Lomas Blvd Albuquerque in the County of Bernalillo County, State of New Mexico.

4. The defendant, MITCHELL R. ELFERS, is an individual residing at 333 Lomas Blvd Albuquerque in the County of Bernalillo County, State of New Mexico.

5. The Defendant, U.S. DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

6. This Court has jurisdiction over this matter pursuant to satisfaction for the requirement for diversity of citizenship the defendants are us citizens and I am a non-U.S. citizen Private American National

## II. Facts

1. On August 25, 2025 the complainant entered into a adhesion contract that is void due to the fact that the U.S. court and its employee's neglected to fully disclose the rights I was forced to surrender and that I would be forced into an implied surety role without my consent, for my TRUST that was accessed for financial gain in this matter. I have been forced into an implied surety role. As a natural Man and a private American National I have God given rights that are constitutionally protected and can not be waived simply by entering a statutory contract. The U.S. government cannot override my constitutional jurisdiction without my explicit, knowing and voluntary consent. On or about February 27, 2024 a plea for abatement was filed into the case number [19 CR 594] to challenge jurisdiction over a Private American National. Documented proof of status as a Private American National living man, non-U.S. Citizen, non-statutory U.S. Citizen and claim to the ESTATE and documentation that I am not the TRUST but the owner and sole beneficiary of and for the trust were provided in the form of recorded and New Mexico Secretary of State authenticated copies of an Oath of Lawful Status, Certificate of Nationality and an Affidavit of Limited and Durable Power of Attorney and were delivered privately to judge's chambers. On or about Tuesday October 22, 2024 the complainant was notified that the abatement was denied and was requested to enter court by a custodian of the court. On Friday October 25, 2024, a Notice of Limited Visitation and a Notice of Parties and Duties of parties were delivered and accepted by the clerk of court Brianna Pena. These documents gave notice of a limited visitation in my private capacity as a Private American National and the grantor/heir, owner and sole beneficiary

of the KEATON OVERTON GUNNELS ESTATE. In the Notice of Parties and Duties of Parties I Keaton Overton Gunnels as sole Beneficiary for the KEATON OVERTON GUNNELS ESTATE, implied surety for the principal debtor/defendant KEATON OVERTON GUNNELS, appointed the court, the clerk of court MITCHEL ELFERS and the prosecutor SEAN SULLIVAN as fiduciary trustees through special deposit and appointed them my right to equitable subrogation to settle and close the matter that the KEATON OVERTON GUNNELS ESTATE has been used for this financial transaction and financial gain by the court and its representatives. Fiduciary trustees received this notice of parties and duties of parties with the express purpose of settling all debts and obligations of complainant as implied surety protecting his good name against bad faith and unjust enrichment. If the trustees refuse their duties appointed to them, I reserved all rights to equitable subrogation and substitution. The requested meeting was canceled by the custodian of court on Friday October 25, 2024, via email. On December 6, 2024 a petition for a closed chambers hearing was privately requested to verbally appoint fiduciary trustees and duties of the trustees with a Notice of Special limited visitation. It was sent and accepted via Registered mail #589 0710 5270 1430 2404 76 to the Clerk of Court and Judges Chambers. On 12/23/2024 I was informed by a custodian of the court by email that "the judge denied my filings". On 12/26/2024 via registered mail # 9589 0710 5270 1489 9483 23 I filed bill in equity for subrogation and substitution with the Article III judges of the U.S. District Court for the District of New Mexico to request relief from an Article III court. The filing was blocked from being seen in an Article III court by Martha Vasquez. On January 2, 2025, a Petition to Intervene as a third party, and Notice of Parties and Duties of Parties and a Special Limited Visitation were filed. On January 2, 2025 and on January 6, 2025 I established that I am a Private American National non-U.S. Citizen, owner and sole beneficiary for the KEATON OVERTON GUNNELS ESTATE and TRUST and I appointed the court, clerk of court MITHCHEL ELFERS and the prosecutor SEAN SULLIVAN fiduciary trustees and appointed them my rights for equitable settlement and closure through special deposit on and for the record. On March 24, 2025, I stated on and for the record in that I am the sole beneficiary for the KEATON OVERTON GUNNELS TRUST, and I do not consent to being the surety for the matter the TRUST is being accessed for financial gain. I reserved all my rights to the equity in this

matter on and for the record. I, the Implied surety for the U.S. Government Corporation and principal debtor/defendant KEATON OVERTON GUNNELS did express by tender special deposit to the fiduciary trustee and subrogor clerk of court MITCHELL ELFERS for settlement of this court transaction, and the prosecutor SEAN SUNLLIVAN's signature on the filing instrument makes him a subrogor/trustee and I'm the subrogee who's entitled to reimbursement of a cheque or chattels from this court transaction otherwise it would be an unjust enrichment against all subrogors and ultimately a breach of trust. Equity will not suffer a wrong to be without a remedy. I am now filing this Bill in Equity for Subrogation and Substitution to request relief from a court of exclusive equity.

### III. Subrogation and Substitution

1. The Complainant is entitled to subrogation, which allows the plaintiff to step into the shoes of the original creditor and exercise all rights and remedies that the original creditor had against the defendant.

2. The Complainant is also entitled to substitution, which allows the plaintiff to be substituted as the rightful party in interest in place of the original creditor and to seek all remedies available under the applicable law.

3. A surety's right to be subrogated to the securities held by the creditor, upon paying the latter's claim, is a right that becomes an inchoate right as soon as the surety assumes the relation of suretyship, and when he pays the creditor, his right to be subrogated to any securities or remedies held by the latter relates back to the time when he entered into the contract of suretyship, and his right to be reimbursed from the fund or other security to which he has become subrogated is an equity that is antecedent and superior to any claim thereto that may be made by the holder of an equitable assignment thereof taking with notice of the surety's antecedent equity.

4. The Complainant has no adequate remedy at law, and this action is necessary to protect the Complainant's rights and interests in the security and to obtain complete and adequate relief. Equity will not suffer a wrong to be without a remedy.

## IV. Request for Relief

WHEREFORE, the Complainant respectfully requests that this Court:

A. Adjudge and declare that the plaintiff has been wrongfully injured by the defendant's breach of fiduciary duty and is entitled to subrogation and substitution in the place and stead of the original creditor.

B. Exonerate plaintiff of any implied surety arising out of the defendant's breach of fiduciary duty, appoint fiduciary trustees to settle and close the matter, to perform or see to the performance of an equitable conversion of my private credit into whatever form is necessary to satisfy the obligation to settle the account and close and to balance the ledger, expunge all charges from the principal debtor/defendants NAME.

C. Order the defendant (creditors-Court, Prosecutor, Clerk of Court and any other individual or entity) to pay to the Complainant the principal balance of the loan (or order full accounting including credit enhancements, together with accrued interest and any applicable fees. Equity regards as done that which ought to have been done.

D. Grant restitution for the severe inconveniences suffered due to the appointed trustees breach of fiduciary duties. Grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,


Keaton Overton Gunnels, Private American National, Plaintiff
3314 June Ct NE
Albuquerque, NM [87111]
(702) 575-0224
keatonog@gmail.com
Dated: 04/11/2025

_____

*Keaton Overton Gunnels* (signature)

ALL RIGHTS RESERVED, WITHOUT RECOURSE

I, Keaton Overton Gunnels, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on this 11th day of April 2025

Keaton Overton Gunnels Private American National
STATE OF New Mexico
COUNTY OF Bernalillo
Subscribed and sworn to before me this 11th day of April, 2025

Notary Public _Hailey Carabajal_
My Commission Expires: May 02, 2026

State of New Mexico
Notary Public
HAILEY CARABAJAL
Comission # 1137883
Expires: May 02, 2026